JS 44
(Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as re by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
Claim Number(s): C100-06021

THOMAS YOUNGBLOOD

B-01-126  Willacy

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _____
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
M. H. Cersonsky
Alonso, Cersonsky & Garcia, P.C.
5065 Westheimer, Suite 600
Houston, Texas 77056
(713) 840-1492

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

[X] 1  U.S. Government Plaintiff
[ ] 2  U.S. Government Defendant
[ ] 3  Federal Question (U.S. Government Not a Party)
[ ] 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR (For Diversity Cases Only) AND ONE BOX FOR DEFENDANT

|  | PTF | DEF |  | PTF |
|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 |

## IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTE |
|---|---|---|---|---|
| [ ] 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | [ ] 610 Agriculture | [ ] 422 Appeal 28 USC 158 | [ ] 400 State Reapportionme |
| [ ] 120 Marine | [ ] 310 Airplane / [ ] 362 Personal Injury — Med. Malpractice | [ ] 620 Other Food & Drug | [ ] 423 Withdrawal 28 USC 157 | [ ] 410 Antitrust |
| [ ] 130 Miller Act | [ ] 315 Airplane Product Liability | [ ] 625 Drug Related Seizure of Property 21 USC 881 |  | [ ] 430 Banks and Banking |
| [ ] 140 Negotiable Instrument | [ ] 320 Assault, Libel & Slander / [ ] 365 Personal Injury — Product Liability | [ ] 630 Liquor Laws | PROPERTY RIGHTS | [ ] 450 Commerce/ICC Rate |
| [ ] 150 Recovery of Overpayment & Enforcement of Judgment |  | [ ] 640 R.R. & Truck | [ ] 820 Copyrights | [ ] 460 Deportation |
| [ ] 151 Medicare Act | [ ] 330 Federal Employers' Liability / [ ] 368 Asbestos Personal Injury Product Liability | [ ] 650 Airline Regs. | [ ] 830 Patent | [ ] 470 Racketeer Influenced Corrupt Organization |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | [ ] 340 Marine | [ ] 660 Occupational Safety/Health | [ ] 840 Trademark | [ ] 810 Selective Service |
|  | [ ] 345 Marine Product Liability / PERSONAL PROPERTY | [ ] 690 Other |  | [ ] 850 Securities/Commodit Exchange |
| [ ] 153 Recovery of Overpayment of Veteran's Benefits | [ ] 350 Motor Vehicle / [ ] 370 Other Fraud |  |  | [ ] 875 Customer Challenge 12 USC 3410 |
| [ ] 160 Stockholders' Suits | [ ] 355 Motor Vehicle Product Liability / [ ] 371 Truth in Lending | LABOR | SOCIAL SECURITY | [ ] 891 Agricultural Acts |
| [ ] 190 Other Contract |  / [ ] 380 Other Personal Property Damage | [ ] 710 Fair Labor Standards Act | [ ] 861 HIA (1395ff) | [ ] 892 Economic Stabilizati |
| [ ] 195 Contract Product Liability | [ ] 360 Other Personal Injury / [ ] 385 Property Damage Product Liability |  | [ ] 862 Black Lung (923) | [ ] 893 Environmental Matter |
|  |  | [ ] 720 Labor/Mgmt. Relations | [ ] 863 DIWC/DIWW (405(g)) | [ ] 894 Energy Allocation Ac |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | [ ] 864 SSID Title XVI | [ ] 895 Freedom of Information Act |
| [ ] 210 Land Condemnation | [ ] 441 Voting | [ ] 510 Motions to Vacate Sentence | [ ] 865 RSI (405(g)) |  |
| [ ] 220 Foreclosure | [ ] 442 Employment | HABEAS CORPUS: | | [ ] 900 Appeal of Fee Deter Under Equal Access |
| [ ] 230 Rent Lease & Ejectment | [ ] 443 Housing/ Accommodations | [ ] 530 General | [ ] 730 Labor/Mgmt. Reporting & Disclosure Act | [ ] 950 Constitutionality of State Statutes |
| [ ] 240 Torts to Land |  | [ ] 535 Death Penalty | [ ] 740 Railway Labor Act | [ ] 890 Other Statutory Actio |
| [ ] 245 Tort Product Liability | [ ] 444 Welfare | [ ] 540 Mandamus & Other | FEDERAL TAX SUITS |  |
| [ ] 290 All Other Real Property | [ ] 440 Other Civil Rights | [ ] 550 Civil Rights | [ ] 790 Other Labor Litigation |  |
|  |  | [ ] 555 Prison Condition | [ ] 870 Taxes (U.S. Plaintiff or Defendant) |  |
|  |  |  | [ ] 791 Empl. Ret. Inc. Security Act |  |
|  |  |  | [ ] 871 IRS — Third Party 26 USC 7609 |  |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding
[ ] 2 Removed from State Court
[ ] 3 Remanded from Appellate Court
[ ] 4 Reinstated or Reopened
[ ] 5 Transferred from another district (specify)
[ ] 6 Multidistrict Litigation
[ ] 7 Appeal to Judge from Magistrate Judgmen

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

RECOVERY OF FUNDS EXPENDED BY PLAINTIFF UNDER THE NATIONAL DIRECT STUDENT LOAN PROGRAM, 20 U.S.C. Sect. 1083.

## VII. REQUESTED IN COMPLAINT:
[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in com.
JURY DEMAND: [ ] YES

## VIII. RELATED CASE(S) IF ANY (See instructions)
JUDGE _____  DOCKET NUMBER _____

DATE 7-10-01

SIGNATURE OF ATTORNEY OF RECORD  M. H. Cersonsky

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION  B-01-126 |
| versus | § | (Claim: C100-06021) |
| | § | |
| THOMAS YOUNGBLOOD, | § | |
| | § | |
| Defendant | § | |

# Complaint

1.  *Jurisdiction.* The district court has jurisdiction because the United States is a party. *See* U.S. CONST., art III, § 2, and 28 U.S.C. § 1345.

2.  *Venue.* The defendant is a resident of Willacy County, Texas, and may be served with process at 1812 County Road 1300, Lyford, Texas 78569.

3.  *The Debt.* The debt owed the United States is:

    | | | | |
    |---|---|---|---:|
    | A. | Current principal | $ | 2,329.29 |
    | B. | Current interest (capitalized and accrued) | $ | 3,972.07 |
    | C. | Administrative fees, costs, penalties | $ | 87.00 |
    | D. | Attorney's fees | $ | 550.00 |
    | E. | Balance due | $ | 6,938.36 |
    | F. | Prejudgment interest accrues at | | |

    7.00% per annum being $ 0.45 per day.

    The current principal in paragraph 3 A is after credits of $ 444.00

The certificate of indebtedness, attached as Exhibit A, shows the total owed excluding attorney's fees and central intake facility charges. On the date of the certificate the principal and interest shown were correct after credits having been applied.

4.  *Failure to pay*. Demand has been made on the defendant to pay the indebtedness, and the defendant has failed to pay it.

5.  *Prayer*. The United States prays for judgment for:

   A.  The sums in paragraph 3 plus pre-judgment interest through the date of judgment, administrative costs, and post-judgment interest.

   B.  Attorney's fees; and,

   C.  Other relief the court deems proper.

Respectfully submitted,

ALONSO, CERSONSKY & GARCÌA, P.C.

By: _____
M. H. Cersonsky
State Bar: 04048500
Jim L. García
State Bar: 07636700
5065 Westheimer, Suite 600
Houston, Texas 77056
Telephone: (713) 840-1492
Fax: (713) 840-0038

Attorneys for Plaintiff

# U.S. DEPARTMENT OF EDUCATION
## SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name:    THOMAS YOUNGBLOOD
AKA:

Address: RT 2 BOX 400

LYFORD, TX 78569
SSN:     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

I certify that Department of Education records show that the borrower named above is indebted to the United States in the amount stated below plus additional interest from 07/27/00.

On or about 12/14/73, 2/11/75, the borrower executed promissory note(s) to secure loan(s) of $1,812.00, $1,200.00 from RAYMONDVILLE STATE BANK, RAYMONDVILLE, TX. at the annual rate of 7.00% under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et. seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the note(s), and credited $242.51 to the outstanding principal owed on the loan(s). The borrower defaulted on the obligation on 11/16/77, and the holder filed a claim on the guarantee.

Since assignment of the loan, the Department has received a total of $444.00 in payments from all sources, including Treasury Department offsets, if any. After application of these payments, the borrower owes the United States the following:

| | |
|---|---|
| Principal: | $ 2,329.29 |
| Interest: | $ 3,972.07 |
| Late fees: | $ 0.00 |
| Administrative Costs: | $ 87.00 |
| Total Debt as of 07/27/00 : | $ 6,388.36 |

Interest accrues on the principal shown here at the rate of 7.00% per annum and a daily rate of $0.45.

CERTIFICATION: Pursuant to 28 USC §1746(2), I certify under penalty of perjury that the foregoing is true and correct.

Date: 8/16/00        Name: _____
                     Title:  Loan Analyst
                     Branch: Litigation

PLAINTIFFS EXHIBIT 4

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

Southern DISTRICT OF Texas

UNITED STATES OF AMERICA,
Plaintiff
V.

THOMAS YOUNGBLOOD,

Defendant

SUMMONS IN A CIVIL CASE

CASE NUMBER: B-01-126

TO: (Name and address of defendant)

THOMAS YOUNGBLOOD
1812 County Road 1300
Lyford, Texas 78569

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M.H. Cersonsky
Galleria Financial Center
5065 Westheimer, Suite 600
Houston, Texas 77056

an answer to the complaint which is herewith served upon you, within __Twenty (20)__ days after service
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period
time after service.

Michael N. Milby, Clerk                      7-16-01
CLERK                                         DATE

(BY) DEPUTY CLERK

COPY

ClibPDF - www.fastio.com