**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | C.A. No.: B-01-126 |
| | § | (Claim No.: C100-06021) |
| THOMAS YOUNGBLOOD., | § | |
| | § | |

United States District Court
Southern District of Texas
FILED

**AUG 0 2 2001**

Michael N. Milby
Clerk of Court

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to the Court's Order of Conference and Disclosure of Interested Parties, the

United States of America ("USA") files the following:

**Plaintiff**:
United States Department of Education
San Francisco Service Center
50 United Nations Plaza, Room 224
San Francisco, CA 94102

**Defendant**:
Thomas Youngblood
1812 County Road 1300
Lyford, Texas 78569

Respectfully submitted,

By: _____
M H. Cersonsky, TBA #04048500
U.S. Southern District No. 5082
5065 Westheimer, Suite No. 600
Houston, TX 77056
Tel: (713) 840-1492
Fax: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I, certify that a true and correct copy of the above and foregoing will be delivered by the Constable delivering the Original Complaint and Summons, on July _30_, 2001, to:

Thomas Youngblood
1812 County Road 1300
Lyford, Texas 78569

M. H. Cersonsky

# ALONSO, CERSONSKY & GARCÍA, P.C.

### ATTORNEYS AND COUNSELORS

GALLERIA FINANCIAL CENTER
5065 WESTHEIMER, SUITE 600
HOUSTON, TEXAS 77056
TELEPHONE: (713) 840-1492   FAX: (713) 840-0038

July 30, 2001

Thomas Youngblood
1812 County Road 1300
Lyford, Texas 78569

Re:   *United States of America v. Thomas Youngblood*
        C.A. No. B-01-126

Dear Thomas Youngblood:

Enclosed please find the Court's Amended Order of Conference set for November 19, 2001 at 2:00 P.M..  Your attendance is required at the Conference.

To ensure receipt of the letter and Amended Order of Conference judgment we are sending them via certified mail, return receipt requested, and regular first class mail.

Should you wish to discuss paying this debt please call me or my father, Leonard Cersonsky. This letter is from a debt collector.

Very truly yours,

M. H. Cersonsky

MHC:lv
CM:RRR No. 7099 3220 0005 0519 5948
cc:   Mr. Juan Barbosa
        Deputy Clerk-In-Charge
        United States District Court for the Southern
        District of Texas, Brownsville Division
        600 E. Harrison St., Room 101
        Brownsville, TX 78520-7114

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA                    §

    VS                                   §    CIVIL ACTION NO. _B-01-126_

_Thomas YoungBlood_                         §

## ORDER SETTING CONFERENCE

United States District Court
Southern District of Texas
FILED

1. Counsel shall appear for an initial pretrial conference:

       _November 19, 2001 at 2 pm_

       Courtroom No. 1, 2nd Floor
       U.S. Federal Building & Courthouse
       600 E. Harrison, #203
       Brownsville, Texas 78520

JUL 16 2001

Michael N. Milby
Clerk of Court

2. Within 15 days of receiving this order, counsel must file a list of all entities that are financially interested in this litigation, including parent, subsidiary, and affiliated corporations. When a group description is effective disclosure, an individual listing is not necessary. Underline the name of corporations with publicly traded securities. Counsel must promptly amend the list when parties are added or additional interested parties are identified.

3. The plaintiff must serve the defendant within 120 days of filing the complaint. The plaintiff's failure to file proof of service within that time may result in dismissal by the court on its own initia'      See Rule 4(m).

4. At least 14 days bef-               ., counsel must file a joint case management plan
   with the identity a.                sses, sources and types of documents, and other
   requirements for a p                've preparation of this case for disposition by
   motion or trial. Se                 26(f).

5. The parties may agree             lines for completion of pretrial matters and
   bring a proposed Schedu            trol Order with them to the initial pretrial
   conference.

6. By the conference, counse.        interviewed their clients and read the documents;
   readily available document       .. have been exchanged at the plan meeting at the latest.

7. The court will set a schedule for initial preparation and may rule on motions pending or made at the conference.

8. Counsel who file and remove an action must serve a copy of this order on the other parties.

9. Counsel who appears at the conference must have authority to bind the client and must know the facts.

10. Counsel must have discussed alternative dispute resolution with their clients and each other; at the conference, the court will consider whether a method of ADR is suited to this case.

11. Failure to comply with this order may result in sanctions, including dismissal of the action and assessment of expenses.

BY THE ORDER OF THE COURT