IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-01-126 |
| | § | |
| THOMAS YOUNGBLOOD, | § | |
| | § | |
| Defendant. | § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE DISTRICT JUDGE:

COMES NOW, Plaintiff, UNITED STATES OF AMERICA ("USA"), and presents this Motion for Continuance and in support thereof say as follows:

I.

The above referenced case has been set for Pretrial Conferences and Disclosure of Interested Parties on Monday, November 19, 2001 at 2:00 P.M., by Order of this Court.

II.

USA's counsel is requesting that the Pretrial Conference be reset to allow service of the Original Complaint, Summons, Order for Conference and Disclosure of Interested Parties on the Defendant, Thomas Youngblood.

III.

This Motion is not set out for delay, but so that justice may be done and that settlement can be achieved.

V.

If a settlement is reached, the Court will be notified immediately and the appropriate papers resolving the case will be submitted to the Court forthwith.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant pray that this Court grant this Motion for Continuance.

Respectfully submitted,

By: *[signature]*

M. H. Cersonsky TBA#04048500 SBA#5082
5065 Westheimer, Suite 600
Houston, Texas 77056
Tel. No.: (713) 840-1492
Fax No.: (713) 840-0038
**Attorney for the United States of America**

OF COUNSEL:
ALONSO, CERSONSKY & GARCÍA, P.C.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing was sent by certified mail, return receipt requested on ~~October~~ November 2 ___, 2001, to:

Mr. Thomas Youngblood
1812 County Road 1300
Lyford, TX 78569

*[signature]*

M. H. Cersonsky